Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                Case No.:  15−16596−KCF
                                Chapter:  13
                                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary M. Septak Jr.
   107 Moore Court
   Pennington, NJ 08543

Social Security No.:
   xxx−xx−0057

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/11/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2019
JAN: slf

                                                    Jeanne Naughton
                                                    Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 15-16596-KCF
Gary M. Septak, Jr.                                             Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: Jun 13, 2019
                              Form ID: 148               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db             +Gary M. Septak, Jr.,    107 Moore Court,    Pennington, NJ 08534-1989
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid P.L.,    6409 Congress Ave.,
                 Boca Raton, FL 33487-2853
515442674      +Anesthesia Assoc. of Abington,    c/o AR Resources, Inc.,    1777 Sentry Parkway West,
                 Blue Bell, PA 19422-2207
515442675      +Axis Diagnostics, Inc.,    900 Town Center Drive, Suite H-50,    Langhorne, PA 19047-3208
515442676       Brandon Farms Condominium Association,    c/o Stark & Stark,    PO Box 5315,
                 Princeton, NJ 08543-5315
515552577       Brandon Farms Condominium Association, Inc.,    c/o Stark & Stark, P.C.,
                 Attn: Allyson V. Cofran, Esquire,    P.O. Box 5315,    Princeton, New Jersey 08543-5315
515442682      +Mercer Gastroenterology,    c/o A-1 Collections Service,    101 Grovers Mill Road, Suite 303,
                 Lawrence Township, NJ 08648-4706
515585902     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   NATIONSTAR MORTGAGE LLC,     PO Box 619096,    Dallas, TX 75261-9741)
516677375      +Nationstar Mortgage LLC,    6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
515584618      +Nationstar Mortgage LLC,    c/o Zucker Goldberg & Ackerman,     200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
515442685       Office of the Attorney General,    Division of Law,    Richard J. Hughes Justice Complex,
                 25 Market Street, PO Box 112,    Trenton, NJ 08625-0112
515442686      +Pain & Surgical Center of Langhorne,    820 Town Center Drive, Suite 200,
                 Langhorne, PA 19047-1785
515442687      +Persels & Associates, LLC,    PO Box 6369,    Columbia, MD 21045-6369
515442688       Qest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
515442689      +Robert Wood Johnson University Hospital,    c/o A-1 Collections Service,
                 101 Grovers Mill Road, Suite 303,    Lawrence Township, NJ 08648-4706
515442691       SE PA Pain Management Ltd.,    c/o AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
515442690      +SE PA Pain Management Ltd.,    PO Box 826499,    Philadelphia, PA 19182-6499
515442684     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   New Jersey Division of Taxation,
                 Compliance & Enforcement, Bankruptcy,    50 Barrack Street, 9th Floor,    PO Box 245,
                 Trenton, NJ 08695-0267)
515442692      +South East Pain Management,    c/o AR Resources, Inc.,    1777 Sentry Parkway West,
                 Blue Bell, PA 19422-2207
515442696      +United Anes Serv PC,    PO Box 828962,    Philadelphia, PA 19182-8962

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:41     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515442677      +EDI: CAPITALONE.COM Jun 14 2019 04:18:00      Capital One,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
515442678      +EDI: CAPITALONE.COM Jun 14 2019 04:18:00      Capital One,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
515442679       EDI: IRS.COM Jun 14 2019 04:18:00     Department of the Treasury,    Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
515442680      +EDI: RMSC.COM Jun 14 2019 04:18:00      JC Penney,    PO Box 965007,    Orlando, FL 32896-5007
515442681      +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 14 2019 00:58:50
                 Mercer County Surgery Center,    c/o Berkshire Credit & Collections,    900 Corporate Drive,
                 Reading, PA 19605-3340
515442694       EDI: AGFINANCE.COM Jun 14 2019 04:13:00      Springleaf,    PO Box 742536,
                 Cincinnati, OH 45274-2536
515442695       EDI: AGFINANCE.COM Jun 14 2019 04:13:00      Springleaf Financial Services,    PO Box 3251,
                 Evansville, IN 47731-3251
515442693      +EDI: IIC9.COM Jun 14 2019 04:19:00     South Jersey Emergency Physicians,    c/o IC Systems,
                 PO Box 64378,    Saint Paul, MN 55164-0378
515442697       E-mail/Text: mmrgbk@miramedrg.com Jun 14 2019 00:57:42     United Anesthesia Service, PC,
                 c/o M2 Revenue Group,    Dept. 77313,    PO Box 77000,    Detroit, MI 48277-0313
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515442683*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:   Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
515462946*    ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
               (address filed with court:   SPRINGLEAF FINANCIAL SERVICES,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251)
515618207*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
                                                                                  TOTALS: 0, * 3, ## 0
```

```
District/off: 0312-3                  User: admin                    Page 2 of 2                      Date Rcvd: Jun 13, 2019
                                      Form ID: 148                   Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Allyson Virginia Cofran     on behalf of Creditor    Brandon Farms COA acofran@stark-stark.com,
               dcrivaro@stark-stark.com;JHanley@stark-stark.com
              Brian C. Nicholas     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Gregory James Corcoran     on behalf of Debtor Gary M. Septak, Jr. gcorcoran@mgs-law.com,
               gcorcoran@ecf.inforuptcy.com;kgardiner@mgs-law.com
              Kevin M. Buttery     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkyefile@rasflaw.com
              Laura M. Egerman     on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
                                                                                             TOTAL: 8